JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER KELSO,

        Plaintiff,

   v.

VICTORVILLE USP STAFF,

        Defendant.

Case No. CV 5:26-02674-MWC-RAO

JUDGMENT

Pursuant to the Order of Summary Dismissal,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  March 26, 2026

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE